# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**   ) | |
| ) | |
| **v.**   ) | Case No. 21-CR-604 |
| ) | Judge Paul L. Friedman |
| **TYLER SLAEKER**   ) | |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as appointed counsel in this case for Defendant Tyler Slaeker.

Respectfully submitted,

/s/ Kimberly S. Hodde
Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN   37203
TN Bar No. 20128
(615) 242-4200
Kim.Hodde@hoddelaw.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

>Nadia E. Moore
>Assistant United States Attorney (Detailee)
>271 Cadman Plaza East
>Brooklyn, NY 11201
>(718) 254-6362
>nadia.moore@usdoj.gov
>
>Benet Kearney
>U.S. Department of Justice
>One Saint Andrew's Plaza
>New York, NY 10007
>(212) 637-2260
>benet.kearney@usdoj.gov

this 7th day of December, 2021.

>/s/ Kimberly S. Hodde
>KIMBERLY S. HODDE