UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 21-CR-604 (PLF) |
| | : | |
| **TYLER SLAEKER,** | : | |
| | : | |
| Defendant. | : | |

### THE PARTIES' JOINT MOTION TO CONTINUE
### AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL
### ACT AND MOTION TO CONTINUE STATUS HEARING

The United States of America and the defendant Tyler Slaeker hereby move this Court for a continuance to June 10, 2022, of the status conference set for May 20, 2022, and to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A) and (B)(i), from the date this Court enters an Order on this motion through and including the date of the next hearing. In support of its motion, the government states as follows:

Defendant Tyler Slaeker is charged by information with violations of 18 U.S.C. § 1752(a)(1); (Entering and Remaining in a Restricted Building or Grounds); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building or Grounds); 40 U.S.C. § 5104(e)(2)(D) (Disorderly Conduct in a Capitol Building) and 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

The parties seek a continuance because while the parties expect that the defendant will plead guilty, the defendant needs the time between May 20, 2022 and June 10, 2022 to adequately prepare for a change of plea hearing.

WHEREFORE, the Government respectfully requests that this Court grant the motion to continue to June 10, 2022, the Status Hearing set for May 20, 2022, and, from the date this Court enters an Order on this motion through and including the date of the next hearing, that the Court exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendants in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A) and (B)(i).

          Respectfully submitted,

          MATTHEW M. GRAVES
          United States Attorney
          DC Bar No. 481052

By:   /s/ *Nadia E. Moore*
          NADIA E. MOORE
          Assistant United States Attorney, Detailee
          NY Bar No. 4826566
          271 Cadman Plaza East
          Brooklyn, New York 11201
          nadia.moore@usdoj.gov
          (718) 254-6362