**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-CR-604 (PLF)** |
| | : | |
| **TYLER SLAEKER,** | : | |
| | : | |
| **Defendant.** | : | |

**THE PARTIES' PROPOSED SENTENCING SCHEDULE**

In accordance with the Court's June 10, 2022 order, the United States of America and the

defendant Tyler Slaeker hereby propose that the sentencing hearing in the above-referenced case

be scheduled during the week of November 14, 2022, with sentencing submissions due one week

prior to the date of sentencing.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:      /s/ *Nadia E. Moore*
NADIA E. MOORE
Assistant United States Attorney, Detailee
NY Bar No. 4826566
271 Cadman Plaza East
Brooklyn, New York 11201
nadia.moore@usdoj.gov
(718) 254-6362