UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 21-CR-604** |
| | ) | **Judge Paul L. Friedman** |
| **TYLER SLAEKER** | ) | |

## MOTION REQUESTING IN-PERSON SENTENCING

**COMES NOW**, Defendant Ty Slaeker, by and through his undersigned counsel, and respectfully moves the Court to conduct the Sentencing Hearing scheduled for November 16, 2022 at 2 p.m. in-person rather by Zoom.  The government does not oppose this request.

Respectfully submitted,

/s/ Kimberly S. Hodde
Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN   37203
TN Bar No. 20128
(615) 242-4200
Kim.Hodde@hoddelaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

>Nadia E. Moore
>Assistant United States Attorney (Detailee)
>271 Cadman Plaza East
>Brooklyn, NY 11201
>(718) 254-6362
>nadia.moore@usdoj.gov

this 9th day of July, 2022.

>/s/ Kimberly S. Hodde
>KIMBERLY S. HODDE