# CHARACTER LETTERS

A.    Alanna Slaeker
B.    Daniel Price
C.    Rona S. Kahue
D.    Derek McFarlin
E.    Jeremy Chevalier
F.    Marlene Fong Harker
G.    Susan Wakeman
H.    Steven C. Harker
I.    Brent L. Kay
J.    Nancy D. Kay
K.    Eliott Willhite
L.    Robert E. Lee
M.    Douglas W. Kersh
N.    Lawrence Verchota
O.    Kristi Glass
P.    Christopher Glass
Q.    Nathan Day
R.    Imelda M. Diez-Tipa

Judge Paul L. Friedman
c/o Kimberly S. Hodde
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203

To the Honorable Judge Paul L. Friedman,

I wanted to tell you a little about my husband, Tyler Slaeker. I have known Tyler for over 20 years. We went to junior high school and high school together. He has always had a heart of gold. He is one of the kindest, gentlest, honest souls I have ever known. He is a trustworthy man, a wonderful father, and a devoted husband and father. He adores his family. He is active in our church and selflessly supports our community. He was raised in a family dedicated to community service and bettering the lives of those around him. He carried that forward into his adult life and is actively instilling that devotion to service in our four young children.

He has always been a very involved father by taking on any volunteer opportunities he can at our children's schools or church. He volunteers at our local little league and through church. Before we moved to a suburb of Nashville, Tennessee, Tyler was on the Little League board for the Federal Way Little League in Washington. He coached our son's team and was the assistant coach for one of our daughters' teams.

We have now lived in Tennessee for almost a year. In that time, Tyler has immersed himself in their sports teams (coaching our daughter's team and assistant coaching a community team) and has become a Sunday school teacher at our church. He has always been involved with our youth at our church, and for the last 10 years, he has served them as a youth leader, Assistant Scoutmaster, Scoutmaster and now teaching the 16-18 year olds Sunday School (Old Testament). It would be impossible to express how sincerely dedicated Tyler is to public service and bettering our children's lives and our community through hands-on public service. .

I know that he does not condone the violence and vandalism that happened on January 6 but was there to support what he believed to be a peaceful protest. He is a non-violent, polite, well-mannered man who will take a stand (peacefully – and only peacefully) for the things he believes and values. That is what January 6 was about for him. He was shocked and disturbed that some protestors acted disrespectfully, destroyed property and engaged in violent acts. That is not Tyler, and he does not condone those actions. He takes complete responsibility for his choices and actions. I hope and trust Tyler will be judged on his conduct – not the actions of others who behaved terribly, violently and destructively.

I sincerely hope that this letter helps you to see Tyler through my lens.  He is a wonderful person who has an impeccable value system.  He is a role model for our children and in the community.  He presides over our family with love, compassion and empathy.  We are blessed with a true partnership together in how we raise our four children.

Thank you for taking the time to read this letter.  If you have any questions, I can be reached at (253) 241-8141.

Sincerely
Alanna Slaeker

September 24, 2022

Judge Paul Friedman

c/o Kimberly S. Hodde

40 Music Square East

Nashville, TN 37203

Judge Friedman,

My daughters get up in the morning thinking about softball. I pick them up from school and my daughters immediately shift the conversation to softball. We get home and they ask to play catch, hit soft-toss, hit off the tee, throw pop-fly's, throw grounders, hit wiffle balls, and run drills. They are obsessed with softball. Spring ball, Fall ball. Softball.

I love my daughters more than life itself, Judge Friedman. But my daughters are not good softball players.

They will be some day. But that day is not today.

They are far too tall/ too big for their age, so they are unable to fully control their movements. They lack eye-hand coordination. They lack speed. They lack fluidity. But by far their biggest handicap thus far in their burgeoning softball careers is a lack of coaching. And I don't mean that there aren't coaches available, because there are plenty; both familial and recreational. I'm referring to the type of coaching that impinges on the psyche of a child. The type that connects the dots and allows the child to not only understand the fundamentals of a sport, but to truly fall in love with it.

Our little community was sadly lacking in this type of inspired coaching. So much so, that we actually signed our daughters up in a neighboring league just to try and cast a wider net. We learned, however, that our home team was short of girls to field a team for fall ball. So, out of guilt we were drawn back to our home town team. And that was just the stroke of luck that we needed. You see, in the shake-up, a new coach stepped in to help; Tyler Slaeker.

Not much was known about him other than he and his family were relatively new to town, and that he had kids that played ball. To our absolute delight, we soon learned that Tyler (coach Ty), was exactly the coach that we had all secretly been hoping for: calm temperament, patient, clear communicator, fun and friendly, knowledgeable, deeply skilled, and most importantly; inspiring. He believes in the power of sport and sportsmanship. He believes in children and their advancement. He takes his role as coach to heart. And he inspires young people to learn, and advance, and be better. Not just better softball players, but better humans. Each parent who has witnessed his coaching has shared the same sentiments; disbelief and enthusiasm. It has truly been a eureka moment.

I have traveled the U.S. and the world extensively. I have spent the vast majority of my life based in a major metropolitan area of California. I attended two prestigious universities. I played many sports on several continents. And I work with a myriad of personality types. All this to say; I know people, and I pride myself on being an excellent judge of character. I have now spent many hours both on the field and off with Coach Ty, and I can tell you with complete confidence; he is not a threat to society, Judge Friedman. Quite the opposite. Coach Ty has a firm grasp on the ideals that bring a society together and

give it strength and character.  I would not be allowing my impressionable daughters to be
coached/mentored by Mr. Slaeker if I were not absolutely sure of that fact.

Please feel free to reach out to me directly for clarification or to discuss further.


Respectfully,


Daniel Price


949-836-6604

ucialumnus@gmail.com

October 26, 2022

Judge Paul Friedman
c/o Kimberley S. Hodde
40 Music Square E
Nashville, TN 37203

Re: Tyler W. Slaeker

Dear Judge Friedman,

I have known Tyler Slaeker since 2015 when he and his family joined the Northpoint Cooperative (Coop) Preschool at Dash Point in Tacoma, WA where I was the preschool teacher. A Coop is dependent on Parent Volunteers who work in the classroom on a rotational basis and take on responsibilities for the operation and management of the school. This can be in the form of serving on the board of directors or taking on necessary responsibilities for the smooth operation of the school. Tyler was a wonderful addition to our Coop Family! He's dedication and commitment to the children and our school community was amazing.
As Facility Manager he did a lot to improve the facilities including installing a much needed sink in one of the classrooms, installing child-size toilet seats and building benches for the hallway for parents who are waiting to pick up their children. He also led a team of parents to convert and modernize all of the playground equipment including the actual installation. He worked long hours and into the night on many days to get it accomplished. Tyler was always looking for ways to keep our playground and school property safe for the children! He even created a little playground for the children in his neighborhood.

In addition to the work he did on the facilities, Tyler really excelled when it came to working with the children in the classroom. The parents typically work 3-4 times a month. He put a lot of time, energy and creativity in his art projects and the children enjoyed having him as a parent leader. He made learning fun for the children and they responded positively with him. He demonstrated a lot of patience and compassion with one particular student who only spoke Chinese. This boy didn't say a word in class for 6 months but eventually warmed up to Tyler who was able to communicate with him through pictures and non-verbal clues and signs. I was amazed at how quickly this boy was able to feel comfortable and welcomed in the classroom through Tyler's efforts. Tyler was funny, creative and genuinely cared for the children's ability to grow in their self-confidence and skills.

I was shocked when I became aware of Tyler's arrest in this case because it just seemed out of character for the Tyler that I have known and worked with.

Please feel free to contact me if you have any questions.

Sincerely,

Rona S. Kahue
3824 47th Ave NE
Tacoma, WA  98422
Tel. (253)389-0647
kahnaks@comcast.net

November 1, 2022

Judge Paul Friedman
℅ Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

It is common to hear the phrase "pillar of his community", the irony of this is that it is far less common to meet someone who, by all definitions, is a pillar of their community. From all accounts, by and large, I believe that Tyler is one of the greatest examples of someone who uplifts and supports his community and everyone around him; truly lifting each and every person he comes into contact with to a new height.

My initial encounter with Tyler was at the first All Star softball practice. The way he interacted with the kids and his energy immediately impressed me as well as fellow parents who were amazed at the way he was able to connect and communicate with his team. The season eventually came to a close, with each game showing me more and more about Tyler's character; I became increasingly impressed with him.

My personal experience with Tyler came the following season, when he became the coach of my daughter's softball team. This was when, for me, Tyler hit his stride. Throughout each game I not only saw him elevate his team and motivate them to become the best that they can be, but I realized that by interacting with him, he was doing the same to me. I try not to throw the word inspirational around, but that's exactly what Tyler is. He is helping me find my inner child again and in turn helping me become a better person in the process. His attitude and character is infectious and you cannot help but be inspired by it.

As I have gotten to know Tyler better, I have discovered that he is not only a phenomenal coach, but also a fantastic father. He carries his spirit from the dugout directly into his personal life. It is my belief that Tyler will always do what he believes is the right thing to do, the thing that he believes is best for his friends, his family, and his team. I also believe that Tyler is a trustworthy person who, because of this, believes that those around him are equally trustworthy. Right or wrong, it is my belief that Tyler acted in a way he believed was right because sources he trusted insured him if it was the right thing to do. This in no way changes the admiration I have for Tyler, nor does it dim the light of inspiration he casts over me and everyone he comes in contact with.

Thank you for allowing me to express myself in this manner. I welcome further questions you may have regarding this matter.

Thank you for you time,

Derek McFarlin

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

I've had the opportunity to know Tyler Slaeker for several years. In my experience, Tyler has been an example of service, creativity, selflessness and responsibility.

Tyler and I served together for several years as Scout Masters in the Boy Scouts of America. He was an incredibly fun and encouraging influence to the boys. At the time, my son was involved with the program and Tyler was instrumental in helping him obtain his Eagle Scout award, along with many other awards and recognitions. One requirement included meeting with law enforcement and attending public meetings. Tyler arranged for our troop of boys to attend a court hearing and to meet the judge. The judge let the boys try on his robe, bang the gavel and then gave them a tour of the police station. I have heard the boys share that experience with friends and family for years afterwards. The boys looked up to and learned from Tyler's excellent, cheerful example.

On another occasion, our troop was asked to stay overnight to provide security over an expansive nativity display. Tyler knew the boys would have a hard time staying away so he brought material and sewing machines and taught the boys how to sew between shifts. The kids stayed up all night making ditty bags for their backpacking gear which my son still uses. The idea and follow through was entirely Tyler's idea. Not only did he provide our youth with a helpful piece of equipment, he taught our scouts a new useful skill.

We also attended the same church where Tyer frequently offered his creativity in decorating for holidays events and such. He once created a larger-than-life 3D Grinch display standing over 10 feet tall. It was way more than expected for the event but it was masterfully done, but Tyler enjoyed using his talent to make a big impression. Afterwards, he donated the Grinch to a preschool.

I've also had the privilege of watching him with his own children. He is an amazing and engaged father, matching his kid's energy to give them the best experiences possible. He built them a rock climbing wall in their house, a treehouse-bunkbed, and installed a slide from their deck. He makes time to engage in whatever messy, creative, exciting experience that his kids show interest in, and it is clear that they adore him for it.

Tyler also regularly provides service to others around him. Using his rock climbing skills, he came to my house on multiple occasions and climbed a 120 ft cedar tree to help remove problematic branches. I learned he did this frequently when people needed a hand.

I was always fascinated by Tyler's profession as an investigator, predominantly collecting evidence against those suspected of disability fraud. I once asked him how he felt about his career. He told me that he liked his work because the evidence he gathered helped to justify honest people, while helping prevent those who would abuse the system. In every instance that I witnessed, he enjoyed working with law enforcement and was a valiant proponent of the legal system.

It really has been a privilege to know and work alongside Tyler. He's a genuinely positive resource in our community. He has been a great friend, a blessing to our home and an extraordinary influence on my son.

If you would like to reach out to me, I can be contacted by phone, text or email below.

Jeremy Chevalier
34404 54th Ave S
Auburn, WA 98001
m: 253-740-2350
e: chevayea@gmail.com

August 7, 2022

Judge Paul Friedman

c/o Kimberly S. Hodde

40 Music Square East

Nashville, TN 37203

Dear Judge Paul Friedman,

I am writing this letter on behalf of Tyler Slaeker who I have known for over 22 years. He is a man of exceptional high morals and integrity.

I met Tyler through our 2 sons, he visited our home on a weekly basis while in high school. I recall that at a young age, he was responsible and courteous. Often, he would help our sons around that house with chores so that they could go out quicker. What truly impressed me was his personal interaction, he would greet us when he arrived and before he left, he would thank us for having him over. Not too many teenagers do that. He encouraged our youngest son to interview for a job at the local theater that Tyler was managing. He taught our son good work ethics, such as time management, coming on time to work and being a team player by helping his fellow workers. Tyler made a huge difference in our son's life.

In the last 15 years, our lives have intersected, he is a good role model. I have been fortunate to work with him at church and see the positive influence he has among the youth of our congregation. On a weekly basis, Tyler has organized outside activities such as golf frisbee, evening hikes to Mt Rainier with an encouraging devotional to do their best, countless of service projects to help the less fortunate by cleaning up their yards and doing odds and ends to beautify their homes. But most of all, he was always a step ahead of these youth because he got to know them, they trusted him and often would confide in him for emotional support. Tyler is a kind and decent man who is always there to lend a hand.

I have watched him care for his wife and 2 daughters and son. He is a good husband and father, he is astute to his children's feelings, he built a climbing wall in one of his rooms because living in Seattle, it is so rainy that he wanted to make sure that his children enjoyed that sport. During Halloween, Tyler has made his families costumes and happily participates with his kids.

I am fully aware of the serious charges against Tyler and believe them to be an unfortunate lapse of judgment on his part. I do believe that Tyler has excellent qualities that I respect. Please contact me directly at (253)221-6870 if I can answer any questions or concerns that you may have.

Sincerely,

*Marlene Fong Harker*

Marlene Fong Harker

1613 NW Greenbrier Way
Seattle, WA  98177
(206) 782-4444, fax (206) 781-100
suggie@protonmail.com

June 13, 2022

To Whom it May Concern:

It is my understanding that Tyler Welsh Slaeker will be sentenced soon for trespassing in federal court
regarding the January 6 case.

I am writing as a character witness. Tyler worked for my company for about 20 years. As you know, one
spends more waking hours with workmates than they do with their spouses.  For this reason, I am well-
qualified to speak to his character.

Tyler has always been a beacon of light in his community.  He was a scout leader, a missionary, and a
baseball coach.  At  times, I would almost resent all these other commitments because they meant he was
not always available for extra work. But I respected him for it.

In addition to all his volunteer work with the scouts, the church and the schools, he also managed to be a
great dad to his four children. He seemed to have boundless energy for doing good.

Tyler is honest to a fault.  Once, a few minutes after he had picked up his paycheck, he called to say there
was a mistake in it.  I apologized and said I would make it up to him immediately.  He said, No, the
mistake was in his favor. I had overpaid him.

Tyler is not only a hard working and kind person, he is also very gifted intellectually and physically.  I
was always in awe of his abilities.  Abilities that he always used for the good of others.  He also has a
great sense of humor.  All these traits put together make it very rewarding to spend time with him.

In the interests of justice, please do not give jail time to this full-time dad and hard-working volunteer.

Sincerely,


Susan Wakeman, retired
(206) 782-4444

August 7, 2022

Judge Paul Friedman

c/o Kimberly S. Hodde

40 Music Square East

Nashville, TN 37203

I have known Tyler Slaeker since he was a toddler, about 35 years.  He is a good friend of our two sons.  He helped both of our sons get jobs.  He was active in Scouting as a youth with my son Peter and they went on many high adventures together.

As an adult Tyler was an excellent youth leader both in the Boy Scouts of America and Church youth groups.  A few years ago, he organized and led a group of young men on a very successful canoe trip to Ross Lake, Washington.  He was also active Church and community activities.  He led several food drives in the neighborhood.  He helped me many times decorate our Church buildings for the holidays.

He is an active parent always participating in activities with his wife and 3 children.  He is a responsible parent.  I remember how proud he was of his children as he took them out on Halloween to visit family and friends.  He dressed up as well.  I could always count on Tyler helping our families in the neighborhood moving in and out.  He helped me move my piano into our house.

I am fully aware of the serious charges against Tyler and believe them to be an unfortunate lapse of Judgment on his part.

Feel free to contact me if you have any questions or need further information

Sincerely

Steven C Harker

943 N Via Del Medio

Washington, Utah 84780

253 315 4456

October 18, 2022

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

**Re: Tyler Slaeker**

Dear Judge Friedman:

I am writing this letter on behalf of Tyler Slaeker whom I have been family friends with for approximately 15 years. Over these years Tyler, his family, and common friends have been in my home several times where we have enjoyed playing games together. Tyler brought into my home a kind, fun, and outgoing personality. I have never observed a display of anger but rather only witnessed him showing respect to all, even when our games became competitive. I have admired Tyler's positive attitude and willingness to reach out anyone in need.  He is quick to help a neighbor or friend when needed.

Additionally, I have been associated with Tyler through volunteer church service. Many of the 15 years that I have known Tyler he has been an outstanding youth leader. I have observed him teaching Boy Scouts leadership and camping skills in addition to the importance of God and Family in their lives. I have seen Tyler able to connect with these youth, typically 11-17 years old, in away that has the potential for a lasting positive influence. I am positive the youth that Tyler has served feit his genuine interest in the success of their lives.

I am aware of the serious charges against Tyler but my observations of his love and sincere commitment to God, his wife and family, and others leaves no doubt in my mind that he is a man truth and the upmost integrity.

Please feel free to contact me if you have questions or would like to discuss further.

Sincerely,

Brent L. Kay
32907 6th Ave SW
Federal Way, WA 98023
Phone: 253-335-1254
Email: bkay03@comcast.net

October 18, 2022

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

**Re: Tyler Slaeker**

Dear Judge Friedman:

I have known Tyler Slaeker for about 15 years. I met Tyler as he came over to my home for game nights with my children. We would have family game nights almost weekly! I loved having him in our home. He is a member of the same church that we go to and has great morals and values. I have never heard him swear, get angry or raise his voice.

Tyler is a great family man. He loves his wife and children. He got chickens for his children to learn about life cycles, how to take care of pets and to learn to work. He built a rock wall in his former house for his kids to play on. They spend time together as a family working and playing together. Tyler has taught his values and morals to his children.

I have seen Tyler work with children and youth at our church. He is a positive role model and very well liked. He formed great connections with these young men. You can count on Tyler to follow through on any assignments. He is an incredibly involved parent. He sews and creates incredible costumes for his family at Halloween. They spend quality time with their extended family.

I am aware that that Tyler has charges against him. I am surprised because I only know him as a man of integrity. Tyler is always seeking what is best for his family. He loves God, his family, and our country. He wants them safe. He wants them to have great standards and values. I admire how he knows what his family needs. He works so had to help them achieve.

Please feel free to contact me if you have questions or would like to discuss further.

Sincerely,

*Nancy D. Kay*

Nancy D. Kay
32907 6th Ave SW
Federal Way, WA 98023
Phone: 253-335-1276
Email: nkay09@comcast.net

August 10th, 2022

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

I hope this character letter for Tyler Slaeker finds you well.

I know Tyler Slaeker well, and have known him and his parents for over 20 years. We go to the same church, and so I know him from church meetings, church activities, as well as other time spent together. I have observed him and his family for much of that time. I know how wonderful his parents are, and how he was raised.

In addition, I personally know Tyler to be a good man, by every measure that is available to me. He is a good husband, father, church member, provider, and friend. I have personally seen him perform his church work in a way that is always diligent and considerate of others.

I have trusted him with my children on various church activities, which most will agree is just about the highest bar one can pass for trust.

Tyler is also a good citizen, and loves his country. He is the kind of trustworthy and noble person that you would pick to be a leader or hold responsibility.

I realize there is a federal case against him, and that he has made a mistake, but please consider me a personal witness of his good character.

I can be reached for comment at any time.

In the interest of full disclosure, I am a licensed attorney in the state of Washington, though I keep my license in inactive status and do not practice law for a living.


Respectfully,

Eliott Willhite
31732 42nd Ave SW
Federal Way, WA 98023
eliottwillhite@comcast.net
Cell: 253-457-5057

July 20, 2022

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

Dear Judge Friedman:

I have known Tyler Slaeker for close to 10 years.  We belong to the same church and often worked together as leaders serving in the youth programs.

During these years I came to understand how much Tyler loves and cares about his church, his family, his country and the youth.  We spent a good amount of time together planning campouts and high adventure activities while he was serving as a Scoutmaster in the Boy Scouts of America. He pays particular attention to the youth who are struggling or being left out of activities.  We spent a significant about of time together discussing individual needs of those who are struggling.  Each and every youth was important and these youth programs were considered tools to help them.

I also have observed how he is raising and caring for his young family. He loves them and is very loyal to them.

Tyler is a very active person who physically only requires 4 to 6 hours of sleep.  Because of this he needs to always be doing something physical to keep his mind wandering and stressing about things that he cannot do anything about. He has even built a rock-climbing wall, chicken coop and monkey bridge in his yard for his children and the neighborhood children to use just to keep busy.

He has mentioned to me that he regrets having made the decision to go to Washington DC on January 6th. Had he had known that it was going to turn violent he would not have gone.

If I can help in any way, please feel free to contact me directly.

Sincerely,

Robert E Lee
617 SW 320th Place
Federal Way, WA 98023
253-569-5878 (Cell)
Email: rob.e.lee2@comcast.net

October 4, 2022

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

Re: Tyler Slaeker

Dear Judge Paul Friedman,

My wife and I were stunned to learn that, through a bad decision or poor judgement on Tyler's part, he is now involved in a federal crime. This is an act that is well beyond his characteristic rational, kind, and thoughtful behavior.

In our experience, he has always been respectful of others and of rules and boundaries of appropriate behavior. In his youth as a Little Leaguer and Boy Scout, he followed the council and direction of his coaches and leaders. He was a team player. As an adult he has been a trusted, respected, and successful contributor to his community and church, and a mentor for kids, through dedicated service as a scout master and through coaching Little League.

More recently, my wife and I facilitated a university-sponsored, online prep course, for individuals seeking to brush up on, improve, or learn material necessary to pursue further education. It was a pleasure to find that Tyler had enrolled in the class, but not a great surprise as it was just another instance of his ongoing desire to continue to learn and to improve himself.

As an adult student, he was well liked, well respected, and ready to help other students or get help from them. The class was student led and, when it was his responsibility to present lessons, he was always well prepared. We could depend on him to be ready. His lessons were engaging, well organized, and presented clearly, which invited significant class participation...questions, discussions, etc., and he was ever ready to welcome and acknowledge the input and value of the other students. On the rare occasion that he had not completed an assignment, he was totally honest and up front about it. He made no excuses. He encouraged others to reach higher and to know that they could do hard things. He has the ability to be both a good leader and a good follower.

Tyler is a solid, committed, loving husband and father. He is deeply involved in the lives and well-being of his family and makes the time to be with and have fun with his wife and children. He is there to guide and teach his kids in the same loving way he was taught, to value learning, to be honest, respectful of law, kind, and thoughtful toward others. That is what we have always seen of him.

Again, we were shocked to learn that he had gotten himself into such a predicament. We can only surmise it was a split-second decision that had not been thought through or he would never have done such an uncharacteristic thing.

Please do not hesitate to contact me should you have any questions regarding this matter. I thank you for your time and attention.

Respectfully,

Douglas W. Kersh
1449 S. 910 W
Payson, UT 84651
253-414-5725
dwk2033@comcast.net

Judge Paul Friedman
C/O Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203


Regarding Ty Slaeker,

Mr. Slaeker is part of an outstanding family I have known since March this
year.  His daughter played softball on a 12U team I coached and he was a
volunteer score keeper, asst. coach, equipment manager and filled in
admirably when I was hospitalized for a week late in the season.  My
impression is based on him and his family's lifestyle, commitment to each
other and church. I understood the day I drafted Lena (Mr. Slaeker's daughter)
that Sundays were not available for Recreational Softball.  I loved the honesty
and commitment.  I feel certain Mr. Slaeker had no evil or dangerous intentions
on the Nations Capitol trespassing event.

If you have any questions for me please feel free to contact me at 615-419-2512
or by email lawrenceverchota@yahoo.com

Sincerely,

Lawrence Verchota

Lawrence Verchota
7423 Liberty Road
Fairview, TN 37062

Judge Paul Friedman
C/O Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

Honorable Judge Friedman:

Thank you for considering my letter on the behalf of Tyler Slaeker. Tyler Slaeker and his beautiful family moved into our little city a year ago. We had the pleasure of meeting them as they became our neighbors. Since then, they have become family. Tyler shared his testimony with us the very first night we met with no secrets to suppress. I find Tyler's decision to attend the January 6th rally supporting Trump to be nothing less than brave and patriotic. It is admirable for an American to understand the importance of preserving the Constitution of the United States as Tyler so strongly does. I am desolated by the uncertainty of Tyler's sentencing as he is a man of great character. Tyler is extremely involved with his family as well as a great mentor to his four children. Tyler is a strong Christian dignitary for his family. Tyler leads his family weekly by attending church and church functions whenever they are held. Tyler often volunteers within the community by volunteering his time to coach within our recreational league. He sets forth great examples for the children as he constantly maintains a positive approach to every situation.

Judge Friedman, I sincerely ask that you solely judge Tyler for the great characters he displays. A man of trust, a man of integrity, a man of honor, and most importantly a man of God.
Should further input by me be helpful on Tyler's behalf I may be reached at 615-557-4845. In God We Trust

Sincerely,

Kristi Glass

Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

Dear Judge Paul Friedman,

Tyler Slaeker is a close and trusted friend of our family.  He is an outstanding husband and father. He is always willing to help anyone who is in need. One time, my kids had gotten a few spots of paint on the concrete in front of my shop. He pulled up as I was trying to clean it. He immediately went home,  got his pressure washer and cleaned the entire pad for me. He has coached my girls in softball and been a great role model for my son.

Please feel free to contact me with any questions or concerns.

Sincerely,

Christopher Glass
7428 Les Hughes Rd.
Fairview, TN 37062
Cell - 615-557-4844

18 September 2022


Judge Paul Friedman
c/o Kimberly S. Hodde
40 Music Square East
Nashville, TN 37203

Dear Judge Paul Friedman,

It has come to my attention that a good man and close friend of mine, Tyler Slaeker, is currently pending sentencing regarding his involvement at the United States Capitol building on 6 January 2021.  I am writing this letter in his behalf, that you may be able to have somewhat of a glimpse of Tyler's character outside of this event, which his involvement in I attribute to him being caught up in the emotion of the moment and showing an out-of-character lapse of sound judgement.

I have known for several years.  We met through our voluntary church service and as leaders of a local troop of Boy Scouts in Federal Way, Washington.  Tyler was one of the most dependable leaders I ever worked with, a man I could count on to be prepared and always have the boys' best interest in mind.  He worked tirelessly to help them develop into physically and emotionally strong boys, challenging them to push beyond their limits but always there to support them and help them succeed.  Many of the boys he led have gone on to become men of excellent quality, voluntarily serving in their communities of faith and promoting the same characteristics Tyler taught them and embodied himself.  Characteristics such as honesty, integrity, hard work, and charity.

Tyler and I led our troop on many outdoor adventures, but one of note was a 50-mile canoe trip in the North Cascade's National Park on Ross Lake.  Tyler was the main leader for this trip and responsible for getting the boys prepared for this challenging undertaking.  He spent the months leading up to the weeklong excursion teaching the boys how to canoe efficiently, what to pack and how to keep it dry while in their canoes.  On the trip he was the first to lead the boys out and help them to test their limits, always ready to be there and with kindness and compassion should they need it.  This trip tested each of the boys in many ways.  They struggled physically with the large task of paddling between each campsite each day, and the repetitive, long days on the water challenged them emotionally.  Tyler was always there to encourage them and believe in them, becoming essential in their success.  Each night, Tyler would sit with the boys and discuss matters of faith, teaching them patiently and encouraging them to gain a deeper understanding of the things they professed to believe.

I have trusted Tyler with my own children, as he has taken them on campouts with the troop on occasions when I could not join them.  Never once did I have reason to believe he was not a man of honor and integrity.  He espouses the highest morals and lives up to them.  His

involvement in the events at the Capitol on 6 January 2021 can only be attributed to a lapse in judgment in my mind.  I hope this letter will help you to see that he is much more than what his criminal case says he is.

Should you have any questions, or wish to discuss Tyler's character with me personally, please do not hesitate to contact me directly.

Sincerely,


Nathan Day
23530 SE 456th Way
Enumclaw, WA 98022
253.266.9552

**Judge Paul Friedman**
**c/o Kimberly S. Hodde**
**40 Music Square East**
**Nashville, TN 37203**

Judge Friedman,

My name is Imelda M. Diez-Tipa and I'm writing this letter on behalf of Coach Ty Slaeker. I understand that he has a federal criminal case, and I would like to mention that Coach Ty was the first baseball Coach that my son Joaquin Tuesta-Diez had. I can't find the correct words to describe all the efforts and dedication he gave towards all the kids.

I bet teaching how to play baseball for 5–6-year-old was challenging and required a lot of patience, but he was able to make the kids listen to him and follow his lead.

To me, he was always respectful and extremely kind with every single kid, to the point that all parents wanted him to coach our kids again the following season but due to his circumstances, he couldn't, and it was a bummer!

All things he did for my kid, will remain in his and my memory, my kid loves baseball because of Coach Ty, and I really hope he can resolve this case to his favor.

With all my respect and consideration,

Imelda M. Diez-Tipa
Federal Way, WA