# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No. 21-CR-604** |
| ) | **Judge Paul L. Friedman** |
| **TYLER SLAEKER** ) | |

## NOTICE OF FILING FIREARM COMPLIANCE

On behalf of Defendant Tyler Slaeker, undersigned counsel files Notice with the Court and parties of his compliance with the firearms terms of his pretrial supervision. In addition to the sworn testimony of Alanna Slaeker and Daniel Slaeker given in Court on December 12, 2022, counsel has provided supporting documents to USPOs Aidee Gavito and Christine Schuck. On December 15, 2022, after extensive consultation with USPO Schuck, counsel provided via email attachment the following: (1) a fully executed firearms compliance form (**Exhibit 1**); and, (2) the properly executed Declaration of Daniel Slaeker further detailing the compliance and transfer of firearms, including photo documentation (**Exhibit 2**).

Respectfully submitted,

/s/ Kimberly S. Hodde
Kimberly S. Hodde, Esq.
HODDE & ASSOCIATES
40 Music Square East
Nashville, TN   37203
TN Bar No. 20128
(615) 242-4200
Kim.Hodde@hoddelaw.com

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been sent via the Court's electronic filing system, *or*, if not registered, sent U.S. Mail, postage prepaid, to:

>Nadia E. Moore
>Assistant United States Attorney (Detailee)
>271 Cadman Plaza East
>Brooklyn, NY 11201
>(718) 254-6362
>nadia.moore@usdoj.gov
>
>Benet Kearney
>U.S. Department of Justice
>One Saint Andrew's Plaza
>New York, NY 10007
>(212) 637-2260
>benet.kearney@usdoj.gov
>
>USPO Aidee Gavito
>aidee_gavito@dcp.uscourts.gov
>
>USPO Christine Schuck
>Christine.Schuck@psa.gov

this 19th day of December, 2022.

>/s/ Kimberly S. Hodde
>KIMBERLY S. HODDE