UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      )
             )
v.                    )       **Case No. 21-CR-604**
             )       **Judge Paul L. Friedman**
TYLER SLAEKER       )

## <u>DECLARATION OF DANIEL SLAEKER</u>

Pursuant to 28 U.S.C. '1746, I, **Daniel Slaeker**, declare under penalty of perjury that the following declaration of fact is true and correct:

1.       My name is Daniel Slaeker. I am a retired window installer and technical instructor. Defendant Tyler Slaeker is my son. I reside in Kent, Washington.

2.       In early October 2021, my son asked if my wife, Benita Slaeker, and I would be willing to take possession, custody, and control of his five firearms until such time that it became proper, lawful, and compliant with all rules of Court to return them to him. Neither my wife nor I are under any prohibition from owning or possessing firearms. We agreed to take possession of the firearms.

3.       In mid-October 2021, my son, Tyler, drove the weapons to our home and gave them to us. We took possession, custody and control of five firearms described as follows:

       a.       Kimber Micro Sapphire .380 pistol, SN P0010092 (Exhibit A – Photo);

       b.       Springfield XDMC 9mm pistol, SN MG808272 (Exhibit B – Photo);.

       c.       Mossberg 500 12-gauge shotgun, SN V0061921 (Exhibit C – Photo);

       d.       Colt LE 6920 .223 rifle, SN LE380707 (Exhibit D – Photo); and,

       e.       Savage Arms .17 HMR rifle, SN 2559310 (Exhibit E – Photo).

4.      Since that time, my wife and I have been in continuous possession of Tyler Slaeker's five firearms except for a brief period of time when, for child safety reasons, we placed the Tyler Slaeker's firearms in our other son's gun safe at his home while our grandchildren were visiting our home.  To the best of my knowledge, belief and understanding, Tyler has no firearms other than the five given to us.

5.      The firearms are secured in our home in Washington State.  Tyler and his family live in Fairview, Tennessee.  He has no access to these firearms.

Further declarant saith not.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 14th day of December, 2022.

Daniel Slaeker

2

# Exhibit A





# Exhibit B





# Exhibit C



# Exhibit D





# Exhibit E



